UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Jamie Leonard, )
    Plaintiff (s), )
)
v. ) Case No. 4:19-cv-00927
)
St. Charles County Police Department, etal, )
    Defendant(s). )

## NOTICE OF INTENT TO USE PROCESS SERVER

Comes now __Plaintiff__ and notifies the court of the intent to use
(Plaintiff or Defendant)

David Conder
4740 Candleglow Drive
St. Louis, MO 63129

(name and address of process server)

To serve: __each and every one of the named Defendants__ in the
(name of defendants to be served by this process server)

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

04/12/2019                                      /s/ Steven A. Donner
(date)                                            (attorney for Plaintiff)

(attorney for Defendant)