# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMIE LEONARD, | ) |
|       Plaintiff, | ) No. 4:19-CV-927 RLW |
| v. | ) |
| ST. CHARLES COUNTY POLICE DEPARTMENT, et al., | ) |
|       Defendants. | ) |

## ORDER

On May 15, 2019, Defendants St. Charles County Police Department and St. Charles County Department of Corrections filed a Motion to Dismiss for Lack of Jurisdiction (ECF No. 16). On May 20, 2019, the parties filed a Joint Motion for Substitution of Parties ("Joint Motion"; ECF No. 19). Therein, the parties asked the Court to substitute St. Charles County, Missouri for the St. Charles County Police Department and St. Charles County Department of Corrections. The Joint Motion also clarified the first names of several correctional officers named in the Complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Joint Motion for Substitution of Parties (ECF No. 19) is **GRANTED**, in part, and **DENIED**, in part. Plaintiff Jamie Leonard is hereby **ORDERED** to file an Amended Complaint, substituting St. Charles County, Missouri for the St. Charles County Police Department and St. Charles County Department of Corrections, and making the name clarifications outlined in the Joint Motion. Plaintiff shall comply with Fed. R.

Civ. P. 4 to obtain service of process or waiver of service of process for St. Charles County, Missouri.

**IT IS FURTHER ORDERED** that Defendants St. Charles County Police Department and St. Charles County Department of Corrections' Motion to Dismiss for Lack of Jurisdiction (ECF No. 16) is **DENIED** as moot.

Dated this 22nd day of May, 2019.

*Ronnie L. White*

**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**