UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Jamie Leonard <br><br> Plaintiff(s), <br><br> vs. <br><br> St. Charles County, Steven Harris, Donte Fisher, Lisa Baker, Katie Krankel Garofalo, Nurse Martin, Nurse Teresa and Dr. John (or Jane) Doe <br> Defendant(s). | Case No. 4:19-cv-00927-RLW |

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's Order Referring Case to ADR for **mediation/early neutral evaluation,** dated July 23, 2019, the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: Peter J. Dunne

Firm Name and Address:
Pitzer Snodgrass, P.C.
100 S. Fourth Street, Suite 400
St. Louis, Missouri 63102-1821

Telephone & FAX Number: 1-314-421-5545 (Phone) / 1-314-421-3144 (Fax)

**The attorneys of record in this case are:**

Name of Lead Counsel: Thomas R. Applewhite, #64437MO

Firm Name and Address:
Donner Applewhite, Attorneys at Law
1108 Olive Street, Suite 200
St. Louis, Missouri 63101-1949

Telephone & FAX Number: 1-314-293-3526 (Phone) / 1-888-785-4461 (Fax)

Name of Other Counsel: Also, co-counsel for Plaintiff: Steven A. Donner, #63789MO
For Defendants: Drew A. Heffner, #54873MO

Firm Name and Address:

<div style="margin-left:2em;">
St. Louis County Counselor  
100 North Third Street  
St. Charles, MO 63301-2854
</div>

Telephone & FAX Number: 1-636-949-7540 (Phone) / 1-636-949-7541 (Fax)

**The completion deadline for this ADR referral is** September 5, 2019

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference: Wednesday, August 28th    20 19

Time of Conference: 9:00    a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:   Offices of Pitzer Snodgrass, P.C.  
100 S. Fourth Street, Suite 400  
St. Louis, Missouri 63102-1821

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

July 23, 2019  
Date

On behalf of Plaintiff:

/s/ Thomas R. Applewhite, #64437MO  
**Signature of Plaintiff(s)**

On behalf of Defendants:

/s/ Drew A. Heffner #54873MO  
**Signature of Defendant(s)**