**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JAMIE LEONARD**, | ) |
| Plaintiff, | ) |
| | ) Case No. 4:19-cv-00927-RLW |
| v. | ) |
| **ST. CHARLES COUNTY, ET AL.**, | ) |
| Defendants. | ) |

## HIPAA QUALIFIED PROTECTIVE ORDER

Plaintiff Jamie Leonard's and Defendants Steven Harris, Donte Fisher, Lisa Baker, Katie Krankel Garofalo, and Theresa Martin's Motion for a HIPAA Qualified Protective Order (Doc. 30) is GRANTED as follows:

Plaintiff's and Defendants' attorneys of record in this litigation, may seek and obtain documents containing protected health information of the Plaintiff. Protected health information shall be used for the sole purpose of this litigation. Protected health information may be disclosed to other attorneys of record and other individuals assisting counsel in this action, including the parties, investigators, experts and consultants, provided that those individuals are informed of and agree to abide by the HIPAA requirements. By filing their motion, the parties to this action and their attorneys have already agreed to abide by the HIPAA requirements as required by this Order. No later than November 1, 2020, counsel shall collect all protected health information, including copies, and either destroy them or return them to the entity which produced them. If counsel keeps protected health information in a safe and secure environment, the information may be destroyed in compliance with a litigation file retention policy.

SO ORDERED:

_____
United States District Court Judge

Date:

_____