UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JAMIE LEONARD,

    Plaintiff(s),

v.

ST. CHARLES COUNTY POLICE
DEPARTMENT, et al.,

    Defendant(s).

Case No. 4:19-CV-00927-RLW

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* ***If the parties require more time to complete mediation, lead counsel must file a motion with the Court.***

### Option 2

☑ An ADR conference was held on: __8/28/19__.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____.

The ADR referral was concluded on __8/28/19__.
The parties [☐ did ☑ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __9/24/19__    Neutral: _[signature]_

DUNNE, PETER J.
Signature