# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMIE LEONARD ) | |
| ) | |
| Plaintiff, ) | Case No. 4:19-cv-00927-RLW |
| ) | |
| vs. ) | |
| ) | |
| ST. CHARLES COUNTY, ET AL ) | |
| ) | |
| Defendants. ) | |

## ENTRY OF APPEARANCE

COMES NOW Gary Burger and Burger Law, and enters their appearance on behalf of Plaintiff Jamie Leonard in the above-captioned matter.

**BURGER LAW, LLC**

/s/ Gary K. Burger
Gary K. Burger, #32460
500 N. Broadway, Ste 1860
St. Louis, MO 63102
Telephone: (314) 542-2222
Facsimile:  (314) 542-2229
gary@burgerlaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served on this ____ day of October, 2019 to:

Thomas R. Applewhite
Steven A. Donner
DONNER APPLEWHITE
1108 Olive Street, Suite 200
St. Louis, Missouri 63101-1949
tom.applewhite@da-lawfirm.com
steve.donner@ad-lawfirm.com

Drew A. Heffner
Associate County Counselor
100 North Third Street
St. Charles, Missouri 63301
dheffner@sccmo.org

                                                                                                                     /s/ Gary K. Burger