# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **JAMIE LEONARD**, | ) |
| Plaintiff, | ) |
| | ) Case No. 4:19-cv-00927-RLW |
| v. | ) |
| **ST. CHARLES COUNTY, ET AL.**, | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR SANCTIONS

COMES NOW plaintiff, Jamie Leonard (hereinafter, "Plaintiff"), by and through his undersigned attorneys, and moves this Court to sanction defendants St. Charles County, Donte Fisher, Katie Garofalo, Lisa Baker, Steven Harris and Theresa Martin (collectively hereinafter, "Defendants") for their collective and intentional spoliation of relevant evidence pursuant to Fed.R.Civ.Pro. 37(e)(2). As is more fully stated in Plaintiff's Memorandum in Support of this Motion, which is filed contemporaneously herewith and is incorporated herein by reference, Defendants allowed key video of the events described in Plaintiff's Complaint to be destroyed despite a timely preservation request by Plaintiff. As a remedy, Plaintiff moves that Defendants pleadings be stricken and that they be held in default. In the alternative, Plaintiff requests that an adverse inference be made against Defendants as a result of the destruction, and that a jury instruction with that adverse inference be read to the jury in the trial of this matter.

WHEREFORE, Plaintiff respectfully requests the Court grant this Motion for Sanctions and hold Defendants in default as a result of their spoliation of relevant evidence. In the alternative, Plaintiff requests that an adverse inference be made against the Defendants as a result of their spoliation and for any further relief that this Court deems just and proper.

Date:  August 5, 2020                                                         Respectfully submitted by,

**DONNER APPLEWHITE,**
**ATTORNEYS AT LAW**                                                **BURGER LAW, LLC**

By:  */s/ Thomas R. Applewhite*                        By:  */s/ Gary K. Burger*
     Thomas R. Applewhite, #64437MO                              Gary K. Burger, #32460MO
     Steven A. Donner, #63789MO                                     500 N. Broadway, Suite 1860
     906 Olive Street, Suite 1110                                        St. Louis, Missouri 63102
     St. Louis, Missouri 63101                                            Phone:   (314) 542-2222
     Phone:   (314) 293-3526                                             Fax:       (314) 542-2229
     Fax:       (888) 785-4461                                             Email:    gary@burgerlaw.com
     Email:    tom.applewhite@da-lawfirm.com
               steve.donner@da-lawfirm.com                   *Co-Counsel for Plaintiff*

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

     The undersigned certifies that the foregoing document was served on August 5, 2020 via the Court's electronic filing system to:

     Drew A. Heffner, #54873MO
     100 North Third Street
     St. Charles, Missouri 63301
     (636) 949-7540 Phone
     (636) 949-7541 Facsimile
     dheffner@sccmo.org

*Attorneys for Defendants*

                               */s/ Thomas R. Applewhite*