# Booking Report

Exhibit A

000001

## LEONARD, JAMIE DON

| Jacket No. | Booking No.: | SSN: | Cell: |
|---|---|---|---|
| 2017118188 | 2017004240 | 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 | |

| Address: | Emergency Contact: |
|---|---|
| 1041 SILO BEND DR<br>WENTZVILLE, MO, 63385 | , , |

| Marital Status: |
|---|
| SINGLE |

| Sex | Race | Age | Birth Date | Phone |
|---|---|---|---|---|
| MALE | CAUCASIAN | 32 | 10/10/1984 | (314) 312-2116 |

| Eyes | Hair | Height | Weight | Build | Skin |
|---|---|---|---|---|---|
| HAZEL | BROWN | 6Ft. 7 In. | 300 | LARGE | FAIR |

July 20, 2017  12:48 pm

| Alias | Drivers License # |
|---|---|

LEONARD, JAMIE DON

2017118188

| Arrest Date: | Book Date: | Billing Agency: | FBI # |
|---|---|---|---|
| 07/19/2017   11:00 | 07/20/2017   12:29 | CP | |

| Arresting Officer | Pre-Book Officer | | State # |
|---|---|---|---|
| HORVATH #248 | | | |

| Arresting Agency: | Booking Officer | | State Alt # |
|---|---|---|---|
| WENTZVILLE PD | ARNOLD, WILLIAM | | |

| Where Arrested | Searching Officer | | AFIS # |
|---|---|---|---|
| ST.CHARLES | | | |

| Cross Street: | | | Alien # |
|---|---|---|---|

| Case No | Charge Code | Description | Billing Agency | Disposition |
|---|---|---|---|---|
| 1711-CR02460 | 565.056-003Y201713 | ASSAULT - 4TH DEGREE - PURSUANT TO SUBDIVISIONS (3), (6) | CP | PENDING |
| 1711-CR02460 | 569.170-001Y201722 | BURGLARY - 2ND DEGREE | CP | PENDING |
| 1711-CR02460 | 579.015-004Y201735 | POSSESSION OF MARIJUANA/SYNTHETIC CANNABINOID OF 10 GRAMS OR LESS | CP | PENDING |
| 1711-CR02460 | 579.074-003Y201735 | UNLAWFUL POSSESSION OF DRUG PARAPHERNALIA | CP | PENDING |

| Bond Amount | Bond Type | CaseNo | Agency | Bond Status |
|---|---|---|---|---|
| 75000 | 10% CASH | 1711-CR02460 | ST CHARLES COUNTY ASSOCIATE CIRCUIT COUR | OPEN |

| Detainer Description | Agency | Expires |
|---|---|---|

ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
*BluHorse Inmate Management System*

Printed on 7/22/2017 @ 15:27