Exhibit B

# ST. CHARLES COUNTY DETENTION FACILITY
# INMATE HEALTH PROGRESS NOTES

| DATE | TIME | PROBLEM | SUBJECTIVE AND OBJECTIVE DATA, ASSESSMENT & PLAN |
|---|---|---|---|
| 7-22-17 | 1930 | | Pt was seen by nurse pacing in cell and sticking fingers down throat and then gagging and spitting into toilet. Instructed pt to not put fingers in mouth he would pull his hand out of mouth and then a few seconds later put fingers back into mouth and down throat. Each time he was instructed to stop putting fingers in mouth he would remove his hand but then repeat the cycle. It was decided to place pt in restraint chair to prevent him from further harm. Pt complied w/o incident while being placed in restraint chair. L eye is leaking serous-sanguineous fluid. Offered pt fluids he drank full 8oz cup of gatorade w/o difficulty. Restraints checked and pt calm. —Mary RN |
| 7-22-17 | 2010 | | Received order from Dr. Battula. Took medication down to pt and offered it to pt. Pt agreed to the injection and took PO meds w/o incident. Pt then looked directly at nurse and stated "I want to die." When asked why he feels this way pt states "because that is the thing to do and now is the time". When asked if he has anything to look forward pt responded "yes to die." Pt is calm and cooperative at this time. —Mary RN |
| 7-22-17 | 2045 | | Pt removed from restraint chair. Given PO fluids and oral medication. Pt is following orders and compliant. Pt states to nurse "can I die now?" Nurse answered to pt that he is not going to die and that he is going to get help and pt states he still wants to die. —Mary RN |
| 7-22-17 | 2128 | | Left facility via CPO to SJHC-ER on affidavit for psych eval. —Mary RN |

NAME: Leonard, Jamie
2017118188

HOUSING ASSIGNMENT:
SCCDOC Detention Facility

DETENTION FACILITY HEALTH SERVICES

000978

3/98