

# POLICY AND PROCEDURES

**SUBJECT:** Use of O.C. Spray      **POLICY AREA:** Security /Control

**POLICY NUMBER:** 812   **PAGES:** 4     **ACA STANDARD:** 3ALDF-3A-25, 29; 1D-19

**SUPERSEDES:**

**EFFECTIVE DATE:** July 31, 2014      **REVISION DATE(S):** February 24, 2016

**AUTHORITY: Larry Crawford, Director** (Signature located on hard copy in Policy Manual)

## I. POLICY

The St. Charles County Department of Corrections (SCCDOC) shall deploy **Oleoresin Capsicum (O. C.) Aerosol Device/Weapon (commonly referred to as the O. C. Spray)** exclusively as a control agent for inmates who pose a serious physical threat to staff or other inmates, inmates who pose a serious threat to the safe, secure and orderly operation of the facility or as a tactical agent in quelling a fight, disturbance or riot situation. This policy shall define under what circumstances the use of O. C. Spray should be deployed and what actions must be followed during and after the use of O. C. Spray. **SCCDOC will have on hand in the Supervisor's Office a Material Safety Data Sheet (MSDS) on this chemical agent.**

## II. RESPONSIBILITIES

All St. Charles County Department of Corrections' Staff trained to use O. C. Spray is responsible for the following procedures. All Supervisors are to ensure the following procedures are administered accordingly.

## III. DEFINITIONS

**O. C. Spray:** An aerosol product designed to instantly incapacitate a subject for a period of 30-45 minutes by producing symptoms of discomfort and disorientation as well as causing irritation to the membranes in the eyes, nose and mouth. The active ingredient in Pepper Spray is Oleoresin Capsicum (O. C.), an all-natural substance derived from the cayenne pepper plant.

**Active Aggression:** Physical actions of attempting to assault others. This would include attempting to hit, kick, spit, swinging or throwing objects, and such that could potentially harm or injure anyone within striking distance.

**Passive Resistance:** Physical actions that do not prevent the officers' attempt to control. Refusing to move, pretending to ignore the officer, sitting down and such would constitute "passive resistance."

## IV. PROCEDURES

### A. General Information

1. Only staff trained by a SCCDOC certified instructor (s) shall be authorized to carry and use departmental issued O. C. Spray.

2. The training staff will ensure that training records for all staff who have been trained or recertified in the use of O. C. Spray.

3. There will be a written record maintained in the Account Clerk III Office of all routine distribution of security equipment which will include, but not limited to O. C. Spray.

4. **O. C. Spray will be used as a control agent only, never as punishment.**

5. The use of O. C. Spray will follow the use of "Soft Empty hand" in the Use of Force continuum.

6. The use of O. C. Spray, as with any Use of Force situation, must be justified in writing. All Officers involved shall fill out an Incident Report and a Use of Force Report when O. C. Spray is used. The on duty Supervisor is responsible for filling out the Supervisor Review Form. **Refusal of treatment will also be documented.**

7. Prior to the deployment of O. C. Spray, staff shall ensure all available means to resolve the situation peacefully has been exhausted. *O. C. Spray may only be used in instances where physical force is imminent. Whenever possible, O. C. Spray shall be utilized before any physical contact.*

8. Once the decision has been made to use O. C. Spray, it must be used in accordance with the product instructions and training techniques.

9. *If the situation allows, the on duty Shift Supervisor will contact Medical to see if the inmate has a respiratory or heart condition that could be affected by the chemical agent or if the inmate is allergic to pepper. In those cases,* O. C. Spray *will* not be utilized. The amount or degree of force used after spraying an individual shall be only as much is reasonable and necessary to overcome resistance and to restrain the individual. Staff will continue to follow the Use of Force Continuum in either situation.

10. Officers shall attempt to avoid physical contact with an inmate until the initial use of O. C. Spray. Only trained officers will spray the inmate or inmates that are actively resistance or are non-compliant. Officers shall wait a few seconds before beginning to restrain the inmate(s) to allow the spray to become effective. Only the minimal force needed to restrain the inmate shall be used once the spray has taken affect.

11. Inmates not involved should be racked in their cells or removed from the immediate area of the disturbance, in order to isolate the inmate (s) involved. This should be done prior to the use of O. C. Spray to avoid involvement of other inmates.

**B. Instruction for Use of Hand Held O. C. Spray Canisters**

1. When possible and prior to using O. C. Spray, the canister should be shaken.

2. Hold the canister upright, while holding the O. C. Spray in the strong hand and between the weak hand and the center of the body. While directing the nozzle toward the inmate's face depress the lever for two (2) one (1) second bursts.

3. O. C. Spray shall be used at a distance not to exceed six (6) feet; the minimum distance is four (4) feet.

4. O. C. Spray must come in contact with the eyes, nose or mouth. The primary target is the face area.

5. When properly applied, the effects of O. C. Spray sprayed on a subject should begin to work immediately and will incapacitate a person for 30-45 minutes in the eyes, nose and mouth.

6. As soon as practical after the use of O. C. Spray, the inmate (s) involved shall be seen by the Corrections Medicine staff. If the inmate (s) is hostile and uncooperative, a Corrections Medicine staff member will come to the inmate(s) to be screened. In all other instances when the inmate is capable of reporting to the Corrections Medicine staff, he/she may be escorted to that area. The inmate (s) will also be escorted to the eye wash station and allowed to flush his/her eyes.

7. Inmates are to be informed that they may be sprayed with O. C. Spray if they continue to be non-compliant to directives from staff.

8. Caution must be exercised by staff in attempting to restrain an inmate who has been sprayed as the potential for violence still exists.

9. The hand held O. C. canister will supply approximately twenty (25) one (1) second burst. Officers should be aware of how many bursts are available before they go on duty.

10. The shelf life of SCCDOC issued O. C. canisters is five (5) years. (date bottom of canister)

## C. Sabre Red Fogger-MK-9

1. The Sabre Red Fogger can be utilized for cell extractions and crowd control during inmate disturbances. This security device can be deployed underneath cell doors, through dry wall and in air vents.

2. The Sabre Red Fogger has a capacity of twelve (12) to fifteen (15) 3 second bursts.

3. The Sabre Red Fogger does not require a direct facial application to incapacitate.

4. The shelf life of the Sabre Red Fogger is five (5) years.

5. **Unless incapacitated, only the on duty Supervisor is authorized to utilize this security device**.

## D. Instructions for Use the MK-9 Fogger

1. Insert the hose into the canister extraction assembly located on the canister nozzle.

2. Pull the hose in opposite direction to ensure the hose is securely attached.

3. Shake the canister to ensure mixture of the Oleoresin Capsicum (O.C.) Spray.

4. Remove the pin and place the wand under or through the location where you are going to release the O.C. Spray.

5. After three (3) seconds, release the pressure by taking your hand from the trigger.

6. Remove the wand from its location and observe the inmate.

7. If the inmate (s) has not been affected by the O.C. Spray, deploy a second, three (3) second burst.

8. It is recommended that the canister is removed from the area prior to entering the cell to secure the inmate.

9. Once the inmate has been removed from the area, step B8 is to be followed.

10. The Sabre Red Fogger hose and wand can contain residue after use. Allow the hose and wand to drain in order to prevent Officer contamination. Once drained, rinse the hose and wand with water.

11. Each time the Sabre Red Fogger is deployed, the Supervisor/designee will log in the box on canister, the date/time and your DSN. Example, if deployed twice, two boxes will have entries. This also keeps track of the number of burst remaining in the canister.

12. Secure the Sabre Red Fogger back in the Supervisor's office.

## C. Training

1. Departmental O. C. Instructors must attend off-site certification training every three (3) years.

2. All probationary security staff will attend eight (8) hours of classroom training prior to being certified to carry and deploy O. C. Spray.

3. Non-probationary security staff must attend four (4) hours of training every two (2) years.