Exhibit I: St. Charles County Department of Corrections Video Surveillance of Housing Unit A, Cell 5, July 22, 2017, 6:45AM.

CERTIFICATE OF SERVICE

        The undersigned hereby certifies that the foregoing video was served by First Class U.S. Mail with the Clerk of the Court and upon:

Steven A. Donner
Thomas R. Applewhite
1108 Olive Street, Suite 200
St. Louis, MO 63101-1949
Telephone:   314/240-5350
Facsimile:   888/785-4461
Email:   steve.donner@da-lawfirm.com
        tom.applewhite@da-lawfirm.com

and

Gary K. Burger
500 North Broadway, Suite 1860
St. Louis, MO 63102
Telephone:   314/542-2222
Facsimile:   314/542-2229
Email:   gary@burgerlaw.com

        /s/Drew A. Heffner

        Dated: April 30, 2021