Exhibit J

## ST. CHARLES COUNTY DETENTION FACILITY
## INMATE HEALTH PROGRESS NOTES

| DATE | TIME | PROBLEM | SUBJECTIVE AND OBJECTIVE DATA, ASSESSMENT & PLAN |
|------|------|---------|---------------------------------------------------|
| 7/20/17 | 2205 | | Pt family member, Michell Manoli, contacted medical worried about I/M due to past medical Hx + current medication orders. Mother states he has reiters syndrome, on multiple medications which could be found if called Schnucks Rx. Instructed family member to bring medication to 301 North 2nd Street so they be reviewed. Pt mother added to contact / Dr. Hunt through SSM St. Lukes. ROI was made and signed by Pt in unit X. Pt is confused about current medical conditions but understand he is activly being treated. Requested Pt family member to contact Med 1 while supervisor is present |

NAME: Leonard, Jamie            DETENTION FACILITY HEALTH SERVICES

HOUSING ASSIGNMENT: 2017118188

000957

SCCDOC Detention Facility            3/98