# ST. CHARLES COUNTY DEPARTMENT OF CORRECTIONS
# ADULT DETENTION FACILITY

## SEGREGATION REPORT / SEGREGATION RELEASE REPORT

Complete this report when:
1. An inmate is segregated resulting from an incident / condition other than disciplinary action sanctioned by the Department of Corrections Administration.

OR

2. An inmate is being released from any type segregation that was the result of any incident / condition other than disciplinary action sanctioned by the Department of Corrections Administration.

Inmate Name: Leonard (Last)   Jamie (First)   D (MI)   2017/18/88 (DCN)

This inmate was authorized for transfer from General Population/Housing Unit __X__ to segregation.

Time/Date of transfer to segregation: 7-22-17 / 0137

### REPORT OF SEGREGATION

**Segregation Type:** (check one)   Medical Isolation ____   Administrative ____   Suicide Precautions __✓__

Time/Date of Segregation: 7-22-17 0137   Location of Segregation: Unit A Cell ____

Reason for Segregation: suicidal statements

**Standard suicide precautions instituted:** Yes ____ No ____

Special Instructions: Close observation until cleared by mental health and medical supervisor.

_____   7-22-17 0137
(Signature of **Supervisor** or Medical Staff authorizing segregation)   Date/Time

### REPORT OF RELEASE FROM SEGREGATION:
Any inmate who has been placed in Suicide Precaution Status may only be removed from that status by the following persons:
- Director or Assistant Directors of Corrections
- SCCDOC licensed medical staff
- Department Psychologist / Psychiatrist or other, recognized, Mental Health Professional (ie. BHR - Behavioral Health Response)

The above named inmate was approved for transfer from segregation to General Population/Housing Unit: ____

Time / Date of transfer to General Population: ____ / ____

Special Instructions: ____

_____   ____
(Signature of **Supervisor** or Medical Staff approving transfer)   Date/Time

000970