Exhibit L


**SSM**Health

**ST. JOSEPH HEALTH
CENTER-WENTZVILLE
EMERGENCY DEPT**
500 Medical Drive
Wentzville MO 63385
636-327-1000

7/19/2017

## Fit For Confinement

RE: Jamie D Leonard

To Whom It May Concern:

This is to certify that Jamie D Leonard was seen in the Emergency Department on 7/19/2017.

He is found to be fit for confinement on 7/19/2017. Our intake team eval, rec restart meds for hx psychosis, no SI precautions pt is not SI. Pt has hx illicit drug use caution for withdrawal.

The patient needs to take the following medications while being held in confinement:

**Current Outpatient Prescriptions**

| Medication | Sig | Dispense | Refill |
|---|---|---|---|
| citalopram (CELEXA) 20 MG tablet | Take 1 Tab by mouth once daily for 10 days | 20 Tab | 0 |
| risperiDONE (RISPERDAL) 1 MG tablet | Take 1 Tab by mouth 2 times daily | 40 Tab | 0 |
| ~~acetaminophen (TYLENOL) 325 MG tablet~~ | ~~Take 2 Tabs by mouth every 4 hours as needed Maximum allowable Acetaminophen amount = 4 Grams (4000 mg) / 24 hours.~~ | | |
| calcium carbonate (TUMS) 500 MG chew tablet | Take 2 Tabs by mouth as needed for Heartburn | | |
| benztropine (COGENTIN) 0.5 MG tablet | Take 1 Tab by mouth 2 times daily Reasons: Extrapyramidal | 30 Tab | 0 |

(handwritten: restart)

Jamie D Leonard

Page 1 of 2

000951

| Medication | Instructions | Qty | Refills |
|---|---|---|---|
| risperiDONE (RISPERDAL) 1 MG tablet | Take 1 Tab by mouth 2 times daily Reasons: Psychosis | 30 Tab | 0 |
| citalopram (CELEXA) 20 MG tablet | Take 1 Tab by mouth once daily Reasons: Depression | | |
| indomethacin (INDOCIN) 50 MG capsule | Take 1 Cap by mouth 2 times daily Reasons: Rheumatoid Arthritis | | |
| sulfaSALAzine (SULFAZINE) 500 MG tablet | Take 2 Tabs by mouth 2 times daily Reasons: Arthritis | | |
| golimumab (SIMPONI) 50 MG/0.5ML prefilled syringe | Inject 0.5 mL subcutaneously every 21 days Reasons: Rheumatoid Arthritis | | |
| ALPRAZolam (XANAX) 1 MG tablet | Take 1 Tab by mouth nightly as needed for Anxiety | 30 Tab | 0 |

Reaction caused by Medications

Please feel free to contact the Emergency Department if you have any questions or concerns. Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Lee M Freund, DO

Jamie D Leonard