## St. Charles County Department of Corrections
## Physician Order Sheet
### CONFIDENTIAL HEALTH INFORMATION

Health information is personal and sensitive information related to a person's health care. You the recipient are required to maintain this information in a safe, secure and confidential manner. Re-disclosure without appropriate authorization or as permitted or required by law is prohibited.

Name: Leonard, Jamie
Date of Birth: 10/10/1984
Jacket Number: 2017 118188
Allergies: NKDA

| Date | Physician Orders |
|---|---|
| 7/22/17 2003 | Telephone Order r/t psychotic episode. Haldol 10mg/2mL IM 1x dose now. Haldol 10mg PO TID. Cogentin 2mg PO BID. Hold Risperdal and Celexa until evaluated by Dr. Battula on 7/24/17. T.O. Dr. Battula/T Marti RN 943 |

07/22/2017  LEONARD, JAMIE DON       #2017118188
HALOPERIDOL (1ML-EA) 5MG/ML VIAL    END: 07/23/2017
INJECT 2 INTRAMUSCULARLY AS ONE SINGLE DOSE /
S. BATTULA,   7164    PRFL  TELEPHONE INITIALS

07/22/2017  LEONARD, JAMIE DON       #2017118188
HALOPERIDOL 5MG TAB                  END: 07/22/2018
TAKE 2 TABLET(S) ORALLY THREE TIMES A DAY /
S. BATTULA,   7164    PRFL  TELEPHONE INITIALS

07/22/2017  LEONARD, JAMIE DON       #2017118188
BENZTROPINE 2MG TAB                  END: 07/22/2018
TAKE 1 TABLET(S) ORALLY TWO TIMES A DAY /
S. BATTULA,   7164    PRFL  TELEPHONE INITIALS

Noted RN/GB
Tmarti 7-22-17 2005
7-24-17

Substitution Permitted                           Dispense as Written

Physician name (Printed): _____

DEA Registration Address: _____

DEA Number: _____

The information transmitted is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material, the disclosure of which is governed by applicable law. Any review, transmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. If you received this in error, please contact the sender and destroy the materials contained in this message.

000987