Exhibit O

**St. Charles County**

# Department of Corrections

*Adult Detention Facility*

**301 North Second Street**
**St. Charles, MO 63301**



## INMATE HANDBOOK

## RULES AND REGULATIONS

*Revision 13* **(2 March 2015)**          **PUBLISHED: 1 July 1998**

000911



**St. Charles County**
*Department of Corrections*

**301 N. 2nd Street**
**St. Charles, MO 63301**

**TO:**        All Inmates, Adult Detention Facility

**FROM:**    Larry Crawford, Director of Corrections

**DATE:**     October 26, 2009

**SUBJECT:**    Inmate Handbook

This booklet is issued to you so as to provide a better understanding of the operations of the St. Charles County Adult Detention Facility. It also provides a ready reference source for your use in determining what you should expect, and what is expected of you, during your time with us at the County Jail. Lastly, it will inform you as to how you may access necessary and allowable programs and services while in this facility.

Our objective is to maintain a clean, safe and secure facility. This is important to you, also, as much of this requires your cooperation, particularly in maintaining a clean and sanitary environment in which to live. You are expected to assist in this effort by keeping yourself and your living area clean at all times. We also expect that you will respect the rights of your fellow inmate, and the duties and responsibilities of the officers and staff that are charged with your supervision and care.

During your confinement in the St. Charles County Adult Detention Facility, you will be governed by the same laws that exist in our society. Any violation of federal or state law will result in you being prosecuted for that offense. You will also be responsible to conduct yourself in accordance with the rules and regulations contained in this booklet, or as may be implemented from time to time. Compliance with these rules and regulations is mandatory. Violation of these rules and regulations can subject you to disciplinary action, and will be dealt with swiftly and decisively. Any violent or noncompliant behavior will also be handled with the level of force necessary, so as to maintain the safety and security of the facility, the staff, and the inmates. If at any time, you feel as if your personal safety is threatened, you should inform a Correctional Officer immediately, either in person or in writing.

Lastly, it is our sincere hope that when you leave the St. Charles County Adult Detention Facility, you will never return.

Larry Crawford
Director of Corrections

000913

# TABLE OF CONTENTS

**Section TOPIC** ............................................................................................... **PAGE**

| | | |
|---|---|---|
| **I.** | **Purpose** | 1 |
| **II.** | **Intake** | 1 |
| | Booking | 1 |
| | Medical Screening | 1 |
| | Classification | 1 |
| | Piercings | 2 |
| | County Issued Clothing and Property | 2 |
| **III.** | **Inmate Rights** | 3 |
| **IV.** | **Inmate Privileges** | 4 |
| | Inmate Account | 4 |
| | Commissary | 5 |
| | Visitation | 5 |
| | Recreation | 5 |
| | Incarcerated Worker Program | 5 |
| | Alcoholics Anonymous | 5 |
| | Haircuts | 5 |
| | Regular Library | 6 |
| | Notary Public | 6 |
| **V.** | **Daily Routines** | 6 |
| | Personal Hygiene | 6 |
| | Clean-Up | 6 |
| | Meals | 6 |
| | Counts | 7 |
| | Uniform Wear | 7 |
| | Clean-Up After Recreation | 7 |
| | Television | 7 |
| | Quiet Hours | 7 |
| | Laundry Service | 7 |
| **VI.** | **Indigent Inmates** | 7 |
| **VII.** | **Medical Care** | 8 |
| | Staff | 8 |
| | Emergencies | 8 |
| | Non-Emergency Medical Care | 8 |
| | Medical / Dental Co-Pay | 8 |
| | Pre-Existing Conditions | 9 |

Self-Inflicted Injuries ............................................................................ 9

      Treatment ......................................................................................... 9

      Mental Health Counselor ................................................................ 9

**VIII.**    **Telephone Calls** ................................................................................. 9

**IX.**     **Visitation** ........................................................................................... 10

**X.**      **Special Visits** .................................................................................... 11

**XI.**     **Attorney Visits** ................................................................................ 11

**XII.**    **Clergy Visits / Religious Services** ................................................ 12

**XIII.**   **Mail** ................................................................................................... 12

      Your Address .................................................................................... 12

      Magazine/Newspaper Subscriptions ............................................. 13

      Greeting Cards ................................................................................ 13

      Photographs ..................................................................................... 13

      Items Not Authorized ..................................................................... 13

**XIV.**  **Authorized Items That May be Left for Inmates / Detainees** ..... 14

**XV.**   **Recreation** ........................................................................................ 14

**XVI.**  **Inmate Marriage** ............................................................................. 14

**XVII.** **Prison Rape Elimination Act (PREA)** .......................................... 14

**XVI.**  **Rules and Discipline** ....................................................................... 15

      Minor (Level I) Violations .............................................................. 15

      Major (Level II) Violations ............................................................ 16

      Serious (Level III) Violations ......................................................... 16

      Disciplinary Process and Hearings ................................................ 16

**XVIII.** **Disciplinary and Administrative Segregation** .............................. 17

**XIX.**  **Rules and Regulations** .................................................................... 18

**XX.**   **Release From the SCCDOC** ............................................................ 24

**XX.**   **Assessment / Repayment of the Costs of Incarceration** .............. 25

**Appendix A - Definition of Terms Used in This Handbook** ................. 26

**Appendix B - SCCDOC Provided Indigent Items / Services** ................. 28

## I. PURPOSE:

The ***Inmate Handbook - Rules and Regulations*** is being issued to you during the Intake / Booking procedure. This booklet will provide much of the information that you will need to get along in the St. Charles County Department of Corrections (SCCDOC), regardless of how long your stay will be. This Handbook also contains valuable and necessary information about procedures followed in the daily operations of SCCDOC.  You are expected to read and be knowledgeable regarding its contents, and to follow the procedures, rules and regulations explained in the Handbook. Your signature on the Intake Form is proof that you have received your copy of this booklet. Any questions or comments you may have about the ***Inmate Handbook*** should be directed to the SCCDOC staff.

## II. INTAKE:
## A. BOOKING:

All of your personal property will be taken and inventoried for safe keeping at the time you are booked into the SCCDOC. You will be issued facility clothing and necessary personal hygiene items. SCCDOC medical staff member will ask about any illness or injury that you may have and complete a medical assessment. You will also be advised of the charges against you and the amount of your bond, if bond has been set. Questions will also be asked by medical and Booking in reference to the Prison Rape Elimination Act (PREA).

After the booking procedure is completed, you will be logged onto the SCCDOC's contracted telephone system. Inmates will be required to read some information into the phone in order to conclude login procedures for use of the phone system. Inmates will not be allowed to go to a housing unit until this process has been completed. When this process is completed, inmates will be able to call friends or relatives and speak to them for one minute. Friends and relatives can put money onto SCCDOC contracted inmates' phone accounts for additional phone time. If bringing in property from another facility, a supervisor will determine what can be in your possession. All other property will be put in storage.

## B. MEDICAL SCREENING:

The Medical Department will ask you about your medical, dental and psychiatric history, or any medical problems that may presently exist. Barring any medical conditions that require a more immediate response, you will normally be given a routine physical exam by the Facility Medical Division within two weeks of your arrival. You are required to comply with TB screenings within 14 days of incarceration or disciplinary action will be taken.

## C. CLASSIFICATION:

Newly admitted inmates are interviewed by the Booking Officer and evaluated

000917

in terms of their personal and criminal history. The Booking Officer reviews the inmate's current charges, criminal history, record of behavior and adjustment on previous incarcerations. Cell assignments are made according to space available in the inmate's classification level.

The SCCDOC has three basic classification levels: Maximum Security, Medium Security and Minimum Security.  The Booking Officer issues the inmate handbook and answers any questions new inmates may have.  You will also receive an identification wristband that **must be worn at all times** until you are released from the facility. Without the wristband you may not attend recreation, visitation, and the library or receive commissary.  Failure to wear the wristband is considered a **serious violation** of the facility rules. Issuance of additional wristbands may result in a fee debited to your account.

**D.  PIERCINGS:**

You will be asked during the Booking process if you have any body / face / tongue / genitalia piercings or apparatus. As these type items may cause health, safety or security problems during your incarceration, you will be asked to remove them and have them properly stored with your other personal property. If you do not wish to remove them, you will be requested to sign a release form absolving St. Charles County, the Department of Corrections and all County and law enforcement personnel from any liability for any harm that may result from your continued wear of these items while at this facility. As detailed in the liability waiver form, any necessary medical treatment resulting from any harm or injury that may befall you as a result of the continued voluntary wear of these items will be charged totally to you, and SCCDOC will aggressively pursue collection of all medical costs related to any such incident. Failure or refusal to sign the release form will result in you being administratively segregated (23 hours a day lockdown) during your stay, or until such time as the items are removed, or you sign the release form.

**E.  COUNTY ISSUED CLOTHING AND PROPERTY:**

When you are housed in the SCCDOC you will receive the following clothing and property items: 1 - cup, 1 - mattress, 1 – mattress cover, 1 – flat sheet, 1 - blanket, 2 - bath towels,   2 - face cloths, 2 - orange two piece uniforms, 3 - pairs of socks, 1 - pair of shoes, 1 - pair of shower shoes, 3 - pairs of underwear (and 3 bras for the females), 3 - white t-shirts, (Females only) 1 - tooth brush, 1 - tube of toothpaste, 1 – comb, and 1 – deodorant. During the cold months, you will also receive a sweatshirt from laundry. Items for comfort, cleanliness and personal hygiene is issued to all indigent inmates. Additional items are available for purchase through commissary. It is your responsibility to make certain that you retain your issued property. If all facility issued property is not returned at the time of your release, you will be charged for those items missing. You also be charged for any facility property which you

000918

destroy or damage, therefore it is in your best interest to keep issued items in good condition.

### III. <u>INMATE RIGHTS:</u>

**A.** You are entitled to be treated humanely, and to be provided with proper food and shelter, and adequate medical treatment.

**B.** Upon being booked into the SCCDOC, you have the right to a **reasonable number of phone calls** to an attorney of your choice, and a member of your family.

**C.** You are entitled to **consult with any assigned licensed attorney**, alone and in private, as many times as necessary, and for periods as are reasonable between 0800-1130, 1230-1430, 1530-1700, and 1830-2200 hours daily.

**D.** You are entitled to **consult with a bona fide member of the clergy** that is approved by the Programs Coordinator. This visit will be scheduled by the Programs Coordinator, at a time that is convenient for the facility.

**E.** You have a right to make **requests and complaints** to the SCCDOC Administration by means of the *Inmate Concern/Request Form* (available from your Corrections Officer on duty) at any time. The two-part *Inmate Concern/Request Form* will not be separated by the inmate.  Once filled out, it will be given, in its entirety, to a Case Worker. The *Inmate Concern/Request Form* will be forwarded by the Case Worker to the Operations Lieutenant, and the specific concern will be addressed by the appropriate staff member, as determined by the Operations Lieutenant.

**F.** You are entitled to request a **Disciplinary Hearing** upon being charged with a violation of the SCCDOC rules and regulations that may result in a loss of privileges or placement in **Disciplinary Segregation** as discipline. This does not include segregation for "cool down" purposes following an altercation. Also, see *Disciplinary / Administrative Segregation.*

**G.** You have a right to mail sealed communications (**privileged correspondence**) to attorneys, courts or public officials. This correspondence must be sealed and clearly marked "legal correspondence" prior to submission for mailing, and will not be opened by the Correction staff. NOTE: Just because something is marked "legal correspondence" does not mean it will not be opened and examined. It must *also* be addressed to one of the entities (attorney, etc.) that are recognized under this right.

**H.** You may have a need to visit the **Legal Library**. If you do not have any attorney*,* and /or are representing yourself in a criminal matter, appeal of your case, or other legal matter, you can request to visit the Legal Library by submitting an **Inmate**

000919

**Concern/*Request Form,*** available from your on-duty Corrections Officer. Upon receipt of your request, the Legal Library Officer will get you to the Legal Library as soon as possible. Fees will be debited or credited to your account for any legal information that you copy. Due to the number of inmates requiring service, expect that each Legal Library visit will be limited to one hour in duration.  If you need more time than that, please submit another **Inmate Concern/*Request Form*** to request subsequent visits.

## IV. <u>INMATE PRIVILEGES</u>
### A. INMATE  ACCOUNT:
1. An account will be established for each inmate at the time they are booked into the SCCDOC.
2. *All money that the individual has in his/her possession when booked will be placed in the individual's account. The individual's signature on the Intake Property Sheet will serve as the receipt for this money, so the amount entered should be checked carefully. At no time will cash be kept by the inmate, nor will cash be placed in the inmate's personal property storage. Unless money is confiscated by the arresting agency, **All money will be deposited.***
3. Funds **for** your account may be left by friends or relatives only by going to the website **www.jailatm.com** and placing money on your account or using the kiosk on the first floor to make a deposit onto the inmates account with cash or credit card. Inmates are not allowed to transfer funds from their account to any other inmate account, without the specific permission of the SCCDOC Administration, nor are they allowed to deposit funds to any inmate account other than their own.
4. Funds that you wish to have available for commissary purchases must be on your account no later than 10:30 p.m. on Sunday night to be available for commissary ordering.
5. Funds **from** your account may be released to outside individuals, but only with your permission, and the approval of the SCCDOC Administration.  If you wish to release funds to someone outside, you must complete a **Property Release Form.** The individual will receive a debit card in the dollar amount you requested, if those funds are available. We will not mail the card; the individual must come up to the jail to receive it in person, and must have a picture identification to verify their identity. You will receive a receipt to indicate when this transaction was completed.
6. The funds in the individual's Inmate Account can and will be used to make commissary purchases, phone time, pay for haircuts, pay for any co-pays/ fees that are owed the facility, and if there is any balance remaining when the individual is released, a debit card will be issued. Co-pays / fees owed to the facility will be deducted automatically, and before any other withdrawal,

release or payment is made for other purposes, to include bond or bail.

### B.   COMMISSARY:

**1.**   The SCCDOC maintains a contract with an outside vendor to provide certain authorized snack, hygiene and personal items to inmates. These items may be ordered once a week providing you have necessary funds in your personal account, and are not on disciplinary segregation that would curtail this privilege. Delivery of ordered items will be made in the same week that the items are ordered.

**2.**   There **are** limitations placed on the amount of items that may be ordered, or that may be on-hand in your cell. Based on your status (disciplinary or medical), you may be specifically restricted from ordering some items, or from ordering at all.

**3.**   Inmates are allowed to order commissary items *only for their own use*. You may not order items for others, nor are you allowed to give / transfer items you have purchased from commissary to other inmates. Any commissary items in your possession during a search / shakedown that were not purchased by you will be confiscated and destroyed. The SCCDOC will not replace or reimburse inmates for items lost or destroyed that were not purchased by you. SCCDOC does not control commissary pricing.

### C.   VISITATION:

You are entitled to *one 1-hour non-contact visit* every other week, provided that you are eligible for visitations at that time. You may have your visitation privileges revoked if you have had disciplinary problems.

### D.   RECREATION:

Once a day for one hour.  This recreation may be indoor or outdoor at the discretion of SCCDOC staff. You may have your recreation privileges revoked if you have had disciplinary problems. Any time out of your cell is considered recreation time.

### E.   INCARCERATED WORK PROGRAM (IWP):

Inmates who are incarcerated at the SCCDOC on non-violent charges, have no pending charges in other jurisdictions, no physical or health problems, and no history of violence, may apply to the IWP. Once selected and approved for the IWP, the inmate will be housed in minimum custody housing, and will be assigned to daily work details that may include laundry, kitchen services, or facility clean-up.

### F.   ALCOHOLICS ANONYMOUS MEETINGS:

AA meetings are held twice a month at the SCCDOC and are available for inmates being held in minimum custody. Interested inmates should submit a*n Inmate Concern/Request Form* **,** available from your Corrections Officer on duty.

### G.   HAIRCUTS:

000921

Haircuts will be given by a professional barber, as requested, providing you have adequate funds in your inmate account. Indigent inmates may request a haircut (not to exceed one every 30 days), and their account will be charged (a negative balance), even though the individual has no money on account.

## H.   REGULAR LIBRARY:

Inmates are authorized to have a maximum of five (5) books and / or magazines in their cell. A Bible, or other religious book equivalent, will not count against the five books.

## I.   NOTARY PUBLIC:

The SCCDOC has a Notary Public available 0900 to 1700 hours, Monday to Friday to notarize any documents necessary.  There may be a nominal charge for this service (as set by County ordinance) per each document that is notarized, but the service will still be provided even if you are indigent. Inmates needing notary service should submit an *Inmate Concern/Request Form* available from your Corrections Officer on duty.

**J.**   *Privileges* may be suspended or revoked for violation of facility rules at the discretion of the SCCDOC Administration.

## V.   DAILY ROUTINES
### A.   Personal Hygiene:

Inmates are expected to maintain good personal hygiene. This includes keeping your body and hair clean, and fingernails and toenails properly trimmed. Fingernails and toenails may not extend more than 1/8 inch beyond the tip of the finger / toe, and will be shaped to conform with the shape of the end of the finger / toe.

### B.   Clean-Up:

Inmates are expected to participate in daily clean-up and the special sanitation program. All trash must be placed in the proper containers in the day room. All bio-hazard containers and bags will be picked up each night by a designated Corrections Officer on the Evening Shift. Inmates are not to handle bio-hazard bags or containers at any time. Your cell is required to be clear of trash or excessive materials, (i.e. books, magazines,  etc.). Failure to participate in clean-up will result in rackdown time on the unit or being housed in the deseg. unit.

### C.   Meals:

Three daily meals will be served in the dayroom, except for those inmates who have lost their privileges and have been placed on lockdown. They will be fed in their cells. Meals will normally be served at the following times: Breakfast: 0730-0900

000922

hours; Lunch: 1130-1230 hours; Dinner: 1700-1800 hours. The housing unit workers will clean-up the dayroom area after each meal.

#### D. Counts:

Inmates are required to comply with all requirements during daily counts of prisoners, to include standing for identification and showing the Corrections Officers the inmate wristband, when required.

#### E. Uniform Wear:

The wear of the SCCDOC issued inmate uniform is required as follows:
  1. While in the dayroom area: Requires orange trousers, orange shirt, and tennis shoes. Shower shoes will only be worn while in the shower area, or while going to and from the shower.
  2. Recreation (outdoor or gym).
  3. Visitation, Attorney Visit, Medical, Library: Requires wear of orange uniform shirt, orange uniform trousers, socks, tennis shoes (not shower shoes), and proper undergarments, worn on the body appropriately.

#### F. Clean-Up After Recreation:

At the end of each recreation (outdoor and indoor) period, inmates will be expected to clean up the area.

#### G. Television:

The television in the day rooms is a privilege. The volume and channel selection will be made at the discretion of the Corrections staff. Televisions will be off from 2230 hours at night until 0700 hours in the morning, and during all "quiet hours". Televisions may be turned off for periods of time for failing to comply with directives from staff.

#### H. Quiet Hours:

Quiet hours will be observed throughout the facility from 2230 hours (10:30 p.m.) until *first call* at 0700 hours (7:00 a.m.). The SCCDOC will also observe quiet hours on Sundays from 1300 - 1400 hours (1:00 to 2:00 p.m.).

#### I. Laundry Service / Exchange:

Laundry service will be provided throughout the week according to a set schedule. Sundays/Wednesdays empty laundry bags will be handed out. The inmate will fill the bag with dirty clothing (white and orange clothing only) and have it piled near the slider before rack down at 2230 hours (1030 p.m.). On Mondays and Thursdays the bags will be picked up for laundering and returned to inmate on the same day. Sheets will be exchanged weekly and blanket/mattress covers will be exchanged every two weeks. If you have any clothing or linen shortages, or need items replaced, due to fair wear and tear, submit a *Request for Services Form* to the Laundry Officer. There is no laundry service on weekends.

000923

**VI.  INDIGENT INMATES**:  Indigent inmates are those who do not have any money at the time of booking, **and** have maintained a balance of $1.00 or less in their inmate account for seven (7) days or more. Also, an inmate or whose inmate account goes to and remains at or below $1.00 for a period of seven (7) days or more, at any time during their incarceration at SCCDOC, will also be considered indigent. If, at any time, the balance in the inmate's account exceeds $1.00, the seven (7) day requirement must again be met before you will be considered indigent, and eligible for indigent supplies.  Inmates who do meet the indigent criteria are eligible to receive indigent supplies provided by the facility. These items include writing materials, envelopes with postage (called a franked envelope) to mail letters (three per week). Indigent inmate should use these facility provided franked envelopes to fulfill any legal correspondence that they need to conduct with the courts or their attorney. Any franked envelopes remaining after legal correspondence is fulfilled may be used for personal correspondence. You will not receive additional envelopes until such time as the mail log shows the previous envelopes have been used. All necessary hygiene items will be supplied. Inmates will still be billed for any expenses incurred (such as haircuts, postage etc.) and that amount will be deducted from their account if and when monies are received on account.

## VII. MEDICAL CARE
### A.  Staff:
The medical staff includes a physician, a dentist, several nurses, a psychiatrist and Mental Health counselors.

### B.  Emergencies:
If you have an emergency medical problem, or observe another inmate in medical distress, contact the officer on duty immediately.

### C.  Non-Emergency Medical Care:
For non-emergency care please notify staff of the problem and fill out a ***Medical Request Form*** (available from your Corrections Officer on duty) to see the nurse or doctor. Persons requesting to see the doctor will be prioritized by the nurse. Work Release inmates should refer to their ***Work Release Handbook*** for information on seeking non-emergency medical care.

### D.  Medical / Dental Co-Pay:
Like many correctional institutions, the SCCDOC charges a nominal handling fee (co-pay) for medical and dental services rendered, and for prescriptions received by inmates. The co-pay is automatically deducted from the Inmate account after your medical / dental appointment, and / or when the medications are ordered.  Medications

8

000924

are the property of the SCCDOC, and refunds are not given for unused medications. No medications or written prescriptions will be issued to an individual being released from this facility. ***NOTE: Necessary medical services will not be withheld even if the individual has no money on their account to pay the co-pay costs.***

### E.   Pre-Existing Conditions:

Individuals who are booked into the SCCDOC with pre-existing medical conditions / injuries will be treated appropriately to maintain a reasonable level of health during their incarceration. Any additional medical expenses beyond that level will be the responsibility of the inmate and monies may be deducted to pay those expenses. Additionally, in accordance with Missouri Law (RSMo 221.120) St. Charles County may consider legal action to recoup medical expenses. There are no elective procedures performed.

### F.   Self-Inflicted Injury:

Medical expenses incurred for injuries that an inmate inflicts upon him/herself will be the responsibility of the inmate. The SCCDOC will take every legal action to collect these costs from the individual.

### G.   Treatment:

While you are incarcerated in the SCCDOC, the SCCDOC physician becomes your primary doctor. Your cooperation in following the instructions of the medical staff to insure proper treatment of any illness or injury you may have is imperative to maintain your good health. Taking prescribed medications, daily showering, brushing of your teeth and general hygiene care are expected.

**H.**  Inmates receiving medications during ***medication call*** are required to take the medicine in the presence of the officer assigned to medical/medical staff personnel, following their specific directions.

### I.   Mental Health Counselor:

At any time during your stay, if you feel you need to see the Mental Health counselor, to deal with any mental or emotional issues, please make that known to a staff member, ***immediately***. We can get you help, but we need to know that the help is needed, first. ***If you are considering hurting yourself, in any way, let us know and we will get you the help you need.***

### VIII.   TELEPHONE CALLS

**A.**  Telephones are located in each cellblock allowing unlimited calls.

**B.**  Telephone calls will be **limited to fifteen minutes**.

**C.**  SCCDOC personnel will not take telephonic messages for inmates. Under

9

000925

emergency circumstances, a visitor / caller can ask to talk to the Shift Supervisor on duty to get a message to an inmate.

## IX. <u>VISITATION</u>:

The purpose of visitation is to maintain contact with family and friends, and to provide for associations which will be beneficial to the inmate. *Visitation is a privilege* and may be revoked at any time due to disciplinary problems and/or facility requirements.

**A.** Inmate are entitled to ***one 1-hour non-contact visitation every other week,*** provided that he/she has not lost his/her visitation privilege for disciplinary or security reasons. Visitation is scheduled by housing units (see posted schedule).

**B.** Inmates schedule their own visits in this facility. You should inform your visitors (either by phone or in writing) as to when your authorized visitation period will be. Once your visitor has been properly notified, you must fill out the ***Inmate Visitation Request Form*** (available from your on-duty Corrections Officer) to schedule your visit with the facility staff. This form is required to be signed whether or not you intend to have visitors. This form is normally collected the day of the visitation.

**C.** Inmates may not receive visits from any individual who has been incarcerated in the SCCDOC within one (1) year without the specific written permission of either the Director of Corrections, the Assistant Director, Operations / Security, or Operations Lieutenant due to being:
   **1.** The immediate family of the inmate
   **2.** Incarcerated for traffic violations
   **3.** Incarcerated on twenty (20) or twenty-four (24) hour hold
   **4.** Arrested and briefly incarcerated on suspect charges (Released Pending Application of Warrant/RAPW)
   **5.** A special circumstance

**D.** All visitors are required to be present in the SCCDOC lobby, and report to the Corrections Officer on duty ***at least fifteen (15) minutes prior to the scheduled visitation time.*** It is your responsibility to notify your visitors of this requirement. Visitation can be denied if your visitor is not on time and checked in.

**E.** All visitors are required to present a photo identification card for admittance to visitation (except for accompanied children under age 16)

**F.** Individuals 16 years of age, or younger, must be accompanied by an adult (at least 21 years of age). Individuals 16 years old, or younger, not accompanied by an

10

000926

adult, will be denied visitation, without exception.

**G.** Inmate may have up to four (4) visitors per visitation period, but only two (2) are allowed in the visitation booth at any one time. An exception may be made to the "two rule" for a visitor who is accompanied by small children accompanying a single adult, at the discretion of the on duty Shift Supervisor. Even in this instance, the maximum number of visitors in the booth at one time would be limited to three. There will be no exception to the maximum of four visitors.

**H.** Appropriate attire is required by both the inmate and visitor. Visitation may be denied if the visitor is dressed inappropriately as judged by the on duty Shift Supervisor on duty.

**I.** Behavior problems and trouble-makers will not be tolerated. If such problems occur the inmate will be returned to his/her housing unit, and the visitor will be escorted from the facility.

**J.** Children must be properly supervised at all times. Unattended or disruptive children will be escorted with the accompanying adult out of the building.

**K. Visitors are expected to conduct themselves in an orderly manner at all times. Visitors who appear to be under the influence of alcohol or a control substance, create a disturbance or use obscene language or gestures will not be allowed to visit and will be placed on the NO-ADMIT LIST indefinitely. Only the Director, Asst. Director of Operations/Security, or Operations Lieutenant can reinstate a suspended visitor.**

**L.** Funds to be placed on the inmate's account, and authorized property may be left by visitors at visitation time. All deposits to the inmate's account must be made by going to the website **www.jailatm.com** and placing money on the account or using the kiosk on the first floor to make a deposit onto the inmate's account with cash or credit card. Funds intended to be available for commissary purchases must be deposited by 1030 p.m. on Sunday night to be available for commissary ordering.

**X.** **SPECIAL VISITS:** Special visits (at times other than the normally scheduled visits for that individual) may be granted under extremely unusual circumstances. Any request for a special visit must be approved by the Operations Lieutenant/designee. Just because the normally scheduled visit times may not be convenient does not qualify for a special visit.

**XI.** **ATTORNEY VISITS:** Inmates may normally receive visits from their attorney,

11

000927

without prior notification or approval, during the hours of 0800 to 1130, 1230 to 1430, 1530 to 1630, and 1730 to 2200, daily. Other scheduled facility activities will normally preclude attorney visits at other times. The use of cell phones during an attorney visit is forbidden.

## XII. **CLERGY VISITS / RELIGIOUS SERVICES:**

**A.** Inmate are authorized visits with bona fide members of the clergy. Inmates desiring such a visit may submit a Request for Services Form requesting the visit and stating the name, address, phone number and church of the clergy member. The Programs Coordinator will schedule the visit at a time that is convenient and mutually agreeable for the clergy member and the SCCDOC. The inmate will then be notified as to when the visit will occur.

**B.** Inmates are also encouraged to participate in the weekly religious services that are provided within the facility on Sunday afternoons, 1300 - 1400 hours (1:00 - 2:00p.m.). This is also "quiet hours" for the entire facility. Those not wishing to participate in religious services will remain quietly in their cells and participate in whatever other private activities they desire, without creating any disturbance. There are also special services presented on some religious holidays.

## XIII. **MAIL:**

Mail service is normally available every weekday. Mail may or may not be available on Saturdays, depending on other facility activities and personnel availability.

**A.** All inmate correspondence is considered "property" until it is placed in a U.S. Postal Service mail receptacle, and after it is delivered to the facility by the U.S. Postal Service. As such, all incoming and outgoing correspondence is subject to being searched for contraband, except as may be otherwise noted.

**B.** **Your address:** While you are at this facility your address will be:
**Your Name**
**SCCDOC, Unit/Cell #**
301 N. 2nd Street
St. Charles, MO 63301

**C.** Inmates are authorized to correspond with anyone they wish, unless they have been placed on a "restricted mail list" for violating mail policies, or by order of the courts. Inmates being held at this facility are not authorized to correspond with other inmates held in this facility. All correspondence going to other correctional institutions, will be left unsealed, as it will be searched before being placed into the U.S. Mail service. All incoming and outgoing mail must have a proper address and return

000928

address. Mail not properly addressed will either be returned to sender, or returned to the post office as "undeliverable".

**D.  Magazine/Newspaper Subscriptions:**
    **1.** Inmates are only authorized to receive magazines and/or newspapers directly from the publisher, and may not assume any debt in receiving such subscription. Family members and friends may subscribe to a magazine and/or a newspaper and have it sent to the inmate. Magazines and/or newspapers sent by an individual from a bookstore, or source other than the publisher, will be placed in the inmate's property storage, and he/she will receive the magazine and/or newspaper with their other property when they depart this facility. Inmates may have no more than five (5) newspapers in their possession. Extras will be discarded.

    **2.** Sexually explicit materials (those that display / depict any sexual penetration or any bodily excretory/ejaculatory function, or display / depict / describe sodomy, sadomasochism, bondage, bestiality, incest, sex with minors, or any other sex acts which are a violation of county ordinance, or state or federal law), and any materials that promote or condone violence, disorder, discrimination, racial unrest, or the violation of any county ordinance, or state or federal law, are not allowed, regardless of how they are received. See Cox v. Embly, 784 F.Supp. 685 (E.D. Mo. 1992) and Murphy v. Missouri Dept of Corrections, 814 F.2d 1252 (8th Cir. 1987)

**E.  Greeting Cards:**
    Inmates may receive greeting cards, but they may not be any larger than 8 inches by ten (10) inches in size, and may not contain any type mechanical or musical device. If possible, such device will be removed and the card will then be allowed. The SCCDOC staff will not be responsible for damage done to the card during such effort. If the device cannot be removed, the card will be confiscated and returned to the sender.

**F.  Photographs:**
    Inmates may receive and keep photographs, not to exceed 10 photographs total, and which will not exceed 5 inches by 7 inches in size. No Polaroid type pictures are allowed, and will be returned to sender.

**G.  Items that are not authorized to be received by mail:** Inmates are not allowed to receive tobacco products, currency, envelopes, postage stamps, stationery, stickers,

000929

writing utensils, books, any type of map, Polaroid-type pictures, any hard plastic items (rulers, book marks, etc.), or any type of items considered to be contraband, or any food, candy or liquid items. If mail is received with contraband it will be returned to the sender.

**H.**  Any mail for an inmate that is returned to this facility marked "Return to Sender" will automatically be opened and inspected for contraband.

## XIV. <u>AUTHORIZED ITEMS THAT MAY BE LEFT FOR INMATES</u>:
The following items may be left for an inmate by family and / or friends:

**A.**  Clothes - One change of clothes for release, court (trial only) appearance or transfer from the facility. The clothes must be exchanged with clothes already in prop¬erty.

**B.**  Bible, or equivalent religious material for that person's faith (with approval of facility administration). The facility also has Bibles and other religious materials available for your use in the library.

**C.**  Donated books for the inmate library. Books left for a specific inmate will be placed in their personal property storage. They will not be given to the individual. Books are accepted for general use only, not for individuals.

**D.**  All other items must have prior approval of the SCCDOC Administration.

**E.**  SCCDOC personnel will not take telephonic or written messages for inmates. Under emergency circumstances, a visitor / caller can ask to talk to the on duty Shift Supervisor on duty to get a message to an inmate.

## XV. <u>RECREATION</u>:
Recreation will normally be available on a daily basis.  The time authorized outside your cell during the day is considered your recreation time, and you may involve yourself in any number of activities available in your housing unit (watch TV, play cards or board games, read, converse with others, etc.).  Recreation can also include outdoor recreation in one of the authorized recreation yards (when weather permits), or recreation in the gymnasium, at the discretion of the facility staff. Recreation is normally available to all inmates who are not currently under some sort of disciplinary segregation or medical prohibition or restriction.

## A.  Inmate Rules and Regulations Regarding Recreation:
**1.**  Inmates on a lockdown status are eligible only for required recreation.

000930

2. Any inmate deemed physically unfit or prohibited from physical activities for medical reasons by the detention facility physician, other medical doctor, or SCCDOC medical staff member, will be ineligible for physical recreational activities.

3. All scheduled recreational activities are subject to suspension or cancellation based on facility needs and requirements.

4. Inmates will not be eligible for outdoor recreation if facility rules and regulations are not adhered to.

5. Inmates are prohibited from:
   a. Fighting, wrestling or rough play.
   b. Wagering or gambling.
   c. Hanging from basketball nets, rim or structure.
   d. Throwing any object or substance, other than for its permitted use, during the recreational activity.
   e. Intentionally damaging property of the SCCDOC or others.
   f. Climbing on the back or shoulders of another person.

6. Inmates may not bring mattresses, sheets, blankets, or any other items not specifically allowed / designated by the SCCDOC Administration, either into the dayroom, or to any recreation outside their housing unit. Inmates will not bring any writing utensils or any food / candy items with them to the gym.

7. All inmate must wear the bottoms to their issued uniform. Male inmates may remove their tops in hot weather. Female inmates are not allowed to remove their uniform top while on recreation, but may roll the hem of the shirt (only to a point just under where lower band of where the bra begins). The sleeves may also be rolled. All inmates are required to wear appropriate undergarments during recreation (men - underwear; females underwear and bra). Tennis shoes must be worn; bare feet or shower shoes are not allowed for recreation. (NOTE: This applies to outdoor recreation and recreation in the gymnasium only. All inmates must follow the rules pertaining to the wear of the full uniform upon their return to the housing unit.

8. Inmates are responsible for keeping the recreation area clean and all trash should be disposed of properly. (**NOTE:** Any inmate who violates the rules and regulations is subject to a write up and possible loss of privileges. Any violations of the law [property damages, assaults etc.] will result in criminal prosecution.)

9. Outdoor recreation will be suspended any time the outside temperature reaches 90 degrees or above, or when the temperature reaches or falls below 45 degrees, as determined by the local temperature (not the temperature at the airport, or on the radio).

10. Inmates are not to be left alone in the housing unit during recreation outside or in the gymnasium.

15

000931

## XVI. INMATE MARRIAGES:

MO Revised Statues RSMo. 451.040 clearly state the incarcerated have the right to obtain a marriage license without being present at the Recorder of Deeds Office. Any inmate wishing to be married at SCCDOC can fill out an Inmate Concern/Request form. Your Case Manager will explain the criteria and procedures that must be met.

## XVII. PRISON RAPE ELIMINATION ACT (PREA) (2003):

SCCDOC has established a policy in compliance to the Federal Law signed by the President in 2012 to assist in preventing, managing and providing services to inmates that have been victimized by sexual abuse. SCCDOC maintains a **"ZERO TOLERANCE",** therefore, there is no such claim of consensual sex. SCCDOC prohibits any form of sexual contact between staff and inmates and inmate(s) to inmate(s). If you have been victimized, report it to any staff member, utilize the Inmate Concern/Request Form process or contact Human Services in St. Charles County. SCCDOC will make all attempts to protect you against retaliation but must also make it clear that if your accusations are found to be false, discipline will be issued.

## XVIII. RULES AND DISCIPLINE:

An orderly detention facility is necessary for the harmonious schedule of events taking place within the facility. The disruption of this established order by an inmate who endangers the safety or welfare of another person will be subject to disciplinary action.

**A. MINOR VIOLATIONS:** Minor violations are those which may result in a loss of privileges and do not require a disciplinary hearing. Any inmate who feels he/she has been unjustly accused or punished should address this complaint by means of an Inmate Concern/Request Form to the facility administration. Any staff member, with just cause, can lockdown an inmate for up to one (1) day. Sanctions for minor violations may include: Verbal warning; Lockdown for the remainder of the shift or next shift with the supervisor's approval.

**B. MAJOR VIOLATIONS:** Those acts which are more serious than a minor violation, but do not constitute a violation of statutory law, nor do they present an immediate threat to the security of the SCCDOC, its staff, inmates, visitors, or the inmate committing the violation but are not considered to be Serious Violations.

**C. SERIOUS VIOLATIONS:** Those acts which constitute a violation of statutory law and/or present an immediate threat to the security of the SCCDOC, its staff, inmates, visitors, or the inmate committing the violation. Serious violations may result in the loss of all privileges, and segregation (lockdown) for a number of days, as determined

000932

by a Disciplinary Hearing Officer.

## D. DISCIPLINARY HEARINGS:

1. Disciplinary Hearings shall be scheduled as soon as practical but within seventy-two (72) hours, (excluding weekends and holidays) after the alleged violation. The Disciplinary Hearing Officer (DHO) will notify the inmate twenty-four (24) hours prior to the hearing unless the inmate has signed the Waiver of Twenty-Four Hour Notice.

2. This inmate shall receive a notice of Disciplinary hearing date and time at least twenty-four (24) hours before a hearing is scheduled.

3. The inmate has the right to be present, during the Disciplinary Hearing, make statements, present documentary evidence and request witnesses for his/her defense. The inmate's presence, evidence and calling of witnesses will be limited only to maintain the safety of the staff and inmates and the security of the facility.

4. An inmate may waive the right to be present during his/her Disciplinary Hearing, through written request or if his/her present behavior and/or conduct could jeopardize the safety and security of the facility.

5. If an inmate is not present during any part of the hearing, he/she is not allowed to call witnesses, make a statement or show documentary evidence.

6. Inmates shall be notified of their right to appeal the decision of the Disciplinary Hearing. An Appeal form is available for this purpose. All appeals must be submitted to the Operations Lieutenant within three (3) days following the decision.

## XIX: DISCIPLINARY, ADMINISTRATIVE, SEGREGATION:

Inmates may be placed in segregation as part of disciplinary process for misbehavior, or for their own safety or the safety of others (administrative), by the facility administration.

**A. DISCIPLINARY:** Individual will be isolated in the ADSEG/DISEG unit twenty-three (23) hours per day, with one hour allowed out for personal hygiene, exercise, and phone calls. As a result of the disciplinary action, the inmate is also subject to other Loss of Privileges (LOP), which may include:

1. Loss of Commissary
2. Loss of Library
3. Loss of Recreation (indoor (gym) and / or outdoor)
4. Loss of Visitation
5. Loss of participation in programs

Additionally, those on disciplinary segregation will consume their meals in their

000933

assigned cell. Disciplinary segregation may be up to two days (without a due process hearing for minor violations), or for as long as determined by a due-process disciplinary review proceeding, and as approved by Administration.

**B.   ADMINISTRATIVE:**  Inmates on Administrative Segregation will also be confined to their assigned cells but will be allowed in the dayroom as a group in 2 hour segments for recreations, hygiene and phone calls at least twice per day based on classification and behavior. Time out of the cell may be limited based on facility situations. Administrative segregation will not normally involve any other Loss of Privilege. Administrative segregation will normally be for an indeterminate period, and weekly reviews by the facility administration (or medical, as appropriate) will be done to determine if the administrative segregation is still necessary.  Meals may be designated to be consumed either in the inmate's cell or in the unit dayroom (depending on the assigned unit and the reason for the segregation), at the discretion of the Supervisor.

## XX: RULES AND REGULATIONS:

### Minor (Level I) Violations

Minor violations are those acts which do not constitute a violation of statutory law, nor do they present an immediate threat to the security of the SCCDOC, its staff, inmates, visitors, or the inmate committing the violation. Minor violations may result in a loss of privileges and do not require a disciplinary hearing. Sanctions for minor rule violations may include, a verbal warning; lockdown for the remainder of the shift or the remainder of the day. Such violations will include, but are not limited to:

101. Failure to comply with the orders of a Correctional Officer or SCCDOC staff member.
102. Arguing with a Correctional Officer or SCCDOC staff member.
103. Indecent exposure:
    a. Failure to wear appropriate clothing items, and in the appropriate manner, while sleeping.
    b. Appearing unclothed/uncovered in the dayroom area or in your cell, or otherwise purposefully exposing yourself to staff and/or other inmates.
104. Failure to maintain personal hygiene on a daily basis.
105. Unnecessary noise such as loud talking, arguing, shouting, whistling, rattling or pounding on the doors, walls or windows, or slamming / kicking the Control Room transfer box, to include unnecessary noise during "Quiet Hours", creating a disturbance in a housing unit involving excessive noise in which order is restored without the removal of the accused.

18

106. Visiting or conversing with, calling or passing any articles to any other inmate in another housing unit (i.e. via the hallway, thru doors, or any other unauthorized manner)

107. Conversing with, or providing / passing any type of item to another inmate who is in a lockdown (disciplinary segregation) status.

108. Standing on, sitting on, placing your feet on, or leaning against the dayroom tables, or sitting or placing your feet on the hot water containers, ice containers, trash cans, or any other item in the dayroom that was not intended for that purpose.

109. Tampering with any facility equipment, to include thermostats, televisions, or any other County property.

110. Failure to perform routine duties such as the required cleaning of your cell, proper disposal of trash, and keeping bed made during prescribed hours.

111. Destroying, altering, or damaging County property or the property of another inmate.

112. Storing of unauthorized games (checkers, chess, and puzzles) in your cell.

113. Failure to respond immediately, or stand quietly / patiently in line, when meal/medical call is announced for the housing unit.

114. Possession of property belonging to another person.

115. Use of any item except the jail issued drinking cup for obtaining beverage during meal service.

116. Failure to properly return all trays, eating utensils, bowls, paper cups, etc. immediately after meal is completed, or keeping unauthorized food items from the meal tray in your cell.

117. Possession of contraband other than weapons, drugs, or destructive instruments.
    1. Containers that have been emptied of their original contents.
    2. Any "money", either real currency or play money.
    3. Any other item, or quantity of an item, that is prohibited by any rule, regulation, policy, or notification memo authored by the SCCDOC.

118. Feigning or faking an illness.

119. Lying or providing a false statement to a Correctional Officer or a staff member.

120. Unauthorized use of mail or telephone.

121. Unauthorized contacts with the public.

122. Possessing excessive amounts of clothing and/or linens.

123. Tearing up a "Violation Ticket" and throwing it on the floor.

124. Failure to move quietly, in a single file, when transiting with other inmates outside of the unit.

125. Taking food/tray from another or giving food/tray to another.

126. Abusing the use of **any** SCCDOC form, whether paper or electronic.

000935

## Major (Level II) Violations

Major violations are those acts which are more serious than the minor offenses, but do not constitute a violation of statutory law, nor do they present an immediate threat to the security of the SCCDOC, its staff, inmates, visitors, or the inmate committing the violation, but are not considered to be Serious Violations. Sanctions for Major rule violations may include: Reclassification to the Disciplinary Segregation Unit with a loss of all/combination of privileges; Reclassification to a different housing unit; Reclassification to the Administrative Segregation Unit. Such acts include, but are not limited to:

**201.** Failure to comply with headcount, (i.e. hiding under bunk, not showing your wristband to the staff)

**202.** Repeated minor violations, (four (4) in a 30 day period).

**203.** Failure to comply with the orders of a Correctional Officer or SCCDOC staff member.

**204.** Failure to immediately and expeditiously return to your cell and rackdown, without comment or interference, when ordered to do so by any SCCDOC staff member.

**205.** Making any threats, whether verbally or in writing, toward any SCCDOC staff members (or their families), or any attempt to coerce, bribe, or otherwise compel a staff member toward inappropriate action (or inaction), or to provide special favor or treatment.

**206.** Attempting to interfere with, obstruct or distract any Correctional Officer or facility staff member in the exercise of his / her duties

**207.** Failure to keep your cell door closed and secured at all times, except for the brief period when you are physically entering or exiting your cell.

**208.** Entering any cell to which you are not assigned, unless directed to do so by a member of the SCCDOC staff.

**209.** Failure to respect the personal and property rights of others.

**210.** Attempting to interfere with the operation of any security door by placing any portion of your body in its path, or otherwise trying to block, barricade, prop, or keep any door in a housing unit from being opened or closed in a normal manner, to include placing any object or material so as to hamper the proper operation of the door or locking device.

**211.** Fighting, wrestling, shadow-boxing, practicing or demonstrating any form of martial arts, rough housing, jumping or hanging from the balcony or horseplay in any form.

000936

212. Attempting to supervise, direct or in any manner exerting any form of control over any other inmate (s) by way of physical force, threats, intimidation, coercion or duress.
213. Gambling, waging, or betting of any kind.
214. Keeping money on your person or in your cellblock.
215. Writing, scratching, drawing or making any marks on the walls, ceilings, floors, bunks, tables, or on any SCCDOC property issued for your use by the facility staff (excluding appropriate forms). Destruction of county property will be charged to the individual, who may also be prosecuted for such destruction.
216. Conversing with, or providing / passing any type of item to another inmate who is in a rackdown (disciplinary segregation) status.

217. Doing damage to your living area (cell/housing unit) or other county property. damage to county property could also result in criminal charges.

218. Failure to comply with a search of your person or personal property, at any time, or attempting to interfere with, distract, or obstruct facility staff members conducting a search.
219. Inflicting injury upon you or another inmate. Tattooing, marking or drawing on oneself or another is prohibited.
220. Failure to respond immediately, or stand quietly / patiently in line, when meal call is announced for the housing unit.
221. Failure to properly return all trays, eating utensils, bowls, paper cups, etc. immediately after meal is completed, or keeping unauthorized food items from the meal tray.
222. Failure to respond immediately, or stand quietly / patiently in line, when meal/medication call is announced for the housing unit (if you are supposed to receive medication), or failure to take medication in accordance with the Medication Officer's instructions.
223. Obtaining, manufacturing, hiding, possessing or using any of the following contraband items, at any time:
    a. Any type of medication (unless prescribed for that individual and issued during medication call), except for the over-the-counter meds that can be purchased through commissary.
    b. Any type product or commodity that can use as an illicit drug of inhalant.
    c. Any type of alcoholic beverage, whether commercial or self-made.
    d. Cigarettes, cigars, or any tobacco product.
    e. Any type of lighter, matches, or ignition device.
    f. Any type of map.
    g. Any type of code sheet.

000937

    **h.** Any gang paraphernalia.

    **i.** Any "money", either real currency or play money.

    **j.** Any sexually explicit materials which display / depict any sexual penetration or any bodily excretory / ejaculatory function, or display/depict or describe sodomy, sadomasochism, bestiality, bondage, incest, sex with minors, or any other sex acts which are a violation of county ordinance, or state or federal law.

    **k.** Any materials that promote or condone violence, disorder, discrimination, racial unrest, or the violation of any county ordinance, or state or federal law.

    **l.** Any publication or material that displays describes or depicts the means or process of making any type weapon, or ways to conceal a weapon.

    **m.** Any type of electronic communication device (other than that provided by the facility) to include, but not limited to, cell phones, pagers, or any type of computer.

    **n.** Any other item, or quantity of an item, that is prohibited by any rule, regulation policy, or notification memo authored by SCCDOC.

**224.** Lying to a Correctional Officer or SCCDOC staff member, whether by commission or omission, is forbidden.

**225.** Inmates are prohibited from abusing, or attempting to abuse, any type of privileges, to include, but not limited to commissary, visitation, telephone, and/or recreation.

**226.** Disrupting any SCCDOC sponsored activity or program is forbidden.

## Serious (Level III) Violations

Serious violations are those acts which constitute a violation of statutory law and/or present an immediate threat to the security of the SCCDOC, its staff, inmates, visitors, or the inmate committing the violation.   Serious violations may result in the loss of all privileges, and segregation (rackdown) for a number of days, as determined by a Disciplinary Hearing Officer. Such acts include, but are not limited to:

**301.** Repeated major violations.

**302.** Failure to comply with the orders of a Correctional Officer or SCCDOC staff member.

**303.** Attempts to tamper with any security device (cameras, sliders, watch tour key terminal) or fire protection device (sprinklers, smoke detectors, fire alarms, fire hoses, fire extinguishers, air packs) in your housing unit, individual cell, or any other part of the facility.

**304.** Touching any SCCDOC staff member, except as is required for the staff

000938

member to provide for your necessary health care, and the safety and security of the facility.

**305.** Failure to wear your identification wristbands at all times, removing or purposefully damaging or altering the wristband, or exchanging wristbands with any other inmate.

**NOTE:** Violation of this rule is considered a very serious breach of security, and is grounds for extensive disciplinary action.

**306.** Failure to respect the personal and property rights of others.

**307.** Attempting to interfere with the operation of any security door by placing any portion of your body in its path, or otherwise trying to block, barricade, prop, or keep any door in a housing unit from being opened or closed in a normal manner, to include placing any object or material so as to hamper the proper operation of the locking device.

**308.** Setting or igniting any fire within the facility. Inmates are not authorized to obtain or possess any ignition source (matches, lighters, etc.) or any flammable liquids or aerosols.

**309.** Writing, scratching, drawing or making any marks on the walls, ceilings, floors, bunks, tables, or on any SCCDOC property issued for your use by the facility staff (excluding appropriate forms). Destruction of county property will be charged to the individual, who may also be prosecuted for such destruction.

**310.** Doing damage to your living area (cell/housing unit) or other county property. Damage to county property could also result in criminal charges.

**311.** Obtaining, manufacturing, hiding or possessing any of the following contraband items, at any time:
   **a.** Any type of weapon, or device that could be used as a weapon.
   **b.** Any type of key, or items fashioned to work as a key.
   **c.** Any controlled substance or cannabis.
   **d.** Any materials that promote or condone violence, disorder, discrimination, racial unrest, or the violation of any county ordinance, or state or federal law.
   **e.** Any other item, or quantity of an item, that is prohibited by any rule, regulation policy, or notification memo authored by the SCCDOC.

**312.** Inmates are forbidden from any form of sexual contact, regardless of consent, with any other inmate, any SCCDOC staff member, or any other person, while being held in the custody of the SCCDOC. SCCDOC maintains a **"ZERO TOLERANCE".**

**313.** Inmates are forbidden to commit any offense that would be a violation of federal, state, or county law, to include, but not limited to:

000939

    **a.** Assaulting a law enforcement officer, SCCDOC staff member, another inmate, or any other person.

    **b.** Escaping, attempting to escape, or aiding / abetting another in escaping or attempting to escape from the custody of the SCCDOC, or its staff, by any means, to include the use of force or by deception.

    **c.** Creating, or attempting to create / incite a riot or disturbance within a correctional facility.

## XXI. <u>RELEASE FROM THE SCCDOC</u>:

Inmates may be released from the SCCDOC in a number of ways, depending on their present involvement with the criminal justice system. There will be no cash issued to any inmate at the time of release, for any reason. The following stipulations apply to release functions:

### A. Expiration of Sentence:

If sentenced to the SCCDOC as an inmate, you will be released on the date and at the time specified by the court order that was the basis for your incarceration. At the time of your release, all your personal property that accompanied you at the time of your incarceration, or was placed in property storage during your stay, will be released to you. You will be required to sign the release documents confirming that you acknowledge the return of all of your property. Any money you may have remaining on your Inmate Account will be returned to you in the form of a debit card for that amount.

### B. Expiration of Hold:
If you were arrested and held (either for 12 or 24 hours), and a warrant has not been received, and there are no other charges pending in this or any other jurisdiction, you will be released at the end of that specified hold period. All property that was taken from you will be returned at that time. You will be required to sign the release documents confirming that you acknowledge the return of all of your property. Any money you may have remaining on your Inmate Account will be returned to you in the form of a debit card for that amount.

### C. Transfer to Other Legal Authority:

    **1.** If you have completed whatever sentence or hold required for this jurisdiction, but are still wanted by other jurisdictions, you may be transferred to their legal authority upon expiration of your sentence or hold by this facility. All personal property will be transferred with you at the time of your departure. If the agency to whom you are being transferred refuses to accept your property, you will have a maximum of 72 hours to have an authorized person pick up your property from the SCCDOC. It is your responsibility to contact that person to pick up the

000940

property. No property will be mailed or shipped by the SCCDOC, nor will it be held beyond the 72 hours. Property remaining in our possession after the 72 hours have expired will be considered abandoned, and will be donated to charity or destroyed, at the discretion of the SCCDOC Administration.

**2** If you have not completed your sentence with this facility, but are temporarily being transferred to another facility for some other purpose, your personal property will likely remain here in property storage. All of your personal property contained in your cell will be removed and stored during your absence. You will be assigned a new cell upon your return. Cells will not be "saved" for any inmate.

**D.** Paragraph Deleted as the law pertaining to Alternative Sentencing (Section 558.016.8, RSMo) was rescinded from Missouri law.

**E.** Transfer to the Missouri Department of Corrections: If you have been sentenced to the Missouri Department of Corrections (MDC), you will be transported to the appropriate MDC facility at such time as is convenient for the SCCDOC staff, and only after the completed court sentencing paperwork is received. After you are sentenced to MDC, you must make arrangements for any personal property to be released to someone you designate (family member or friend) before your departure. It is your responsibility to contact that person to pick up the property. If your property has not been released before time for your departure to MDC, it will be held for 7 days. After 7 days it will be disposed of in accordance with the SCCDOC policies and procedures.

## XXII.   ASSESSMENT / REPAYMENT FOR THE COSTS OF INCARCERATION:

In accordance with Section 221.070, RSMo, and the ordinances of St. Charles County, once an inmate has been found guilty of the crime for which s/he was incarcerated at the County jail, the costs of his / her incarceration will be assessed against that person at the per diem rate set by law. This will include any and all costs incurred, even those resulting from any previous stay at the jail on the same charge. In accordance with the law, Inmates will be given documentation, allowing them to either pay the County in full, or to set up a payment plan to repay the County at an agreed rate over a set period of time. Failure to make arrangements to repay the County in full, or to set up and maintain payments, as agreed, will result in the County taking legal action to seize and sell any personal property or assets, and to garnish any source of income (to include pay and income tax refunds) to seek the required repayment.

000941

## **Appendix A**

DEFINITION OF TERMS USED IN THIS HANDBOOK

**AA:** Alcoholics Anonymous

**Booking:** The process of documenting the intake of an individual into SCCDOC following their arrest by a law enforcement agency, or sentencing by the courts.

**"Cool Down":** Normally a 48-hour mandatory lockdown following any physical altercation (fight) between inmates.  This is not punishment, but rather some time to let tempers cool, and individuals to reflect on other reasonable and acceptable behavior. There are no hearing rights when locked down for a "cool down".

**Contraband:** Those items (or quantity of an item) that inmates are not allowed to possess or receive, normally due to the security risk represented, or to insure the safety, good order and discipline of the institution.

**Co-Pay:** The required payment of a nominal and specified amount as a handling fee or partial reimbursement for expenses incurred in providing necessary services (normally medical, dental, pharmaceutical, subsistence, or administrative) to an individual being held / incarcerated at the SCCDOC. NOTE: Necessary services will not be withheld even if the individual has no money on their account to reimburse the facility.

**Inmate Phone System (IPS):** The Paytel phone system designated for inmate use in making personal calls to family, friends, and other private calls. The Paytel phone system will allow the inmate to call outside the facility provided family, friends, and attorneys have a Paytel account set up.

**Incarcerated Worker:** Inmates, incarcerated at SCCDOC, who have volunteered to participate in work details in the kitchen, laundry, or other areas of the facility. These individuals must be approved by Administration, and have to be cleared for type of offense (for which incarcerated), medical and disciplinary purposes before they can work these details.

**Intake:** The legal  in-processing  of an individual  who has either been  arrested by a law enforcement agency, or sentenced to serve a period of incarceration by the courts.

**Loss of Privilege (LOP):** As a result of proper due-process disciplinary action, inmates are subject to loss of recreation (indoor and outdoor), commissary, library,

000942

visitation, and participation in facility programs.

**Prison Rape Elimination Act (PREA 2003):** Federal law signed into law 2012 by President prohibiting sexual abuse of inmates by staff and other inmates while being incarcerated.

**Privileged Correspondence:** Correspondence of a legal nature between an inmate and his/her attorney, the courts, or other designated public official / government agency, which is protected from being read by SCCDOC staff. Said correspondence must be clearly identifiable as "legal mail" or "legal correspondence".

**Quiet Hours:** Those hours that are observed throughout the facility when no loud noise, or any type of disruptive behavior is allowed. The televisions are off, and those individuals not participating in authorized activities remain quietly in their cells participating in private activities. Quiet hours are from 2230 hours (10:30 p.m.) until first call at 0700 hours (7:00 a.m.). SCCDOC will also observe quiet hours on Sundays from 1300 - 1400 hours (1:00 to 2:00 p.m.). Disruption of Quiet Hours is grounds for disciplinary action.

**Rackdown:** The mandatory segregation of an individual (or individuals) to his/her cell, due to disciplinary reasons, or other facility requirements. This will normally be for a specified period, or until a situation can be brought under control, and order restored. This can involve a single individual, an entire housing unit, or even the entire facility.

**Recreation:** The time authorized outside your cell during which you may involve yourself in any number of activities available in your housing unit (watch TV, play cards or board games, read, converse with others, etc.). May also include outdoor recreation in one of the authorized recreation yards (when weather permits), or recreation in the gymnasium, at the discretion of the facility staff.

**Release:** The legal out-processing of an individual held by the SCCDOC at the end of their incarceration / hold period, normally due to expiration of sentence, expiration of allowed hold time (arrest), or by other means (such as a court order).

**RSMo:** Revised Statutes of the State of Missouri - the laws governing the state. SCCDOC - St. Charles County Department of Corrections - operates the Adult Detention Facility (County Jail).

**Segregation:** The separation of an individual from others by isolating that person in their cell, either mandatorily (usually for disciplinary reasons or facility necessity), medically (for injury or contagious disease), administratively (for protective custody, or other bona fide reason), or voluntarily. The individual may also be moved to, and segregated in a different housing unit other than the one to which they are assigned, particularly if their continued presence would be disruptive, or present a danger to

000943

him/herself, or others.

**Work Release:** A court directed incarceration wherein the individual so held is allowed to maintain their normal employment, by leaving the SCCDOC on their normal work days, for a period specified by the court, and then returning after work to the facility. Individuals are required to pay "room and board" at a fee rate set by the facility, and as required by state law / county ordinance.

**Zero Tolerance:**   Prohibits any form of sexual contact including physical/sexual assault, pressure, violence, extortion, intimidation, relatiation and consensual sex.


## Appendix B

### SCCDOC Provided Indigent Items/Services

The following items / services and frequency of issue / use can be expected by those who are indigent:

| **Items** | **Frequency** |
| --- | --- |
| Franked Envelopes | 3 per week, when requested, and when all those previously issued have been used |
| Stationery | 1 pad every three (3) weeks, when requested |
| Writing Utensil | 1 per week, when requested, and at the time a new issue of franked envelopes is authorized |
| Toothpaste * | Issued to all inmates, as needed - previous one must be turned in to receive a new one |
| Toothbrush * | Issued to all inmates, as needed (I think this is now once per month - previous one must be turned in to receive a new one |
| Comb * | 1 every 3 months |
| Disposable Razor | Issued to all inmates on a daily basis during authorized periods - must be returned at the end of that period; replaced weekly |
| Deodorant * | Issued on request, but not more often than every two weeks |

28

000944

| | |
|---|---|
| Soap | Bar Soap |
| Shampoo * | Liquid shampoo |
| Haircut | As requested and approved, but not more often than one haircut every 2 months (Note: Haircuts are not a requirement in the ADF) |

\* Some different brands of these items can be purchased from commissary if and when the inmate has money on his/her account. The SCCDOC selects the brand and size of items issued to indigent inmates.

29