Exhibit P

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JAMIE LEONARD,<br>　　　　Plaintiff, | )<br>)<br>) |
| vs. | ) No: 4:19-cv-00927<br>) |
| ST. CHARLES COUNTY<br>MISSOURI, et. al,<br>　　　　Defendants. | )<br>)<br>)<br>) |

## AFFIDAVIT OF LAURIE SMIT

Laurie Smit, being first duly sworn, deposes and says:

1. My name is Laurie Smit, and I am of sound mind and capable of making this affidavit.

2. The facts set forth herein are based upon my personal knowledge and are true to the best of my knowledge, information, and belief.

3. I have been employed as a Government Services Representative One, with the St. Charles County Department of Corrections, a department within St. Charles County, Missouri, Government, and I have been employed by the St. Charles County Department of Corrections since March 11, 2020.

4. I am the custodian of the records for the St. Charles County Department of Corrections.

5. I am responsible for maintaining the records for the St. Charles County Department of Corrections in the regular course of business, and it was in the regular course of business of the St. Charles County Department of Corrections for me to maintain such records. I have knowledge of the *St. Charles County Department of Corrections*

*Inmate/Detainee Handbook Rules and Regulation* and all St. Charles County Department of Corrections inmate's files and records.

6. Attached hereto as Exhibit A is a true and accurate copy of Section III, Paragraph E. of the *St. Charles County Department of Corrections Inmate/Detainee Handbook Rules and Regulations*. All inmates detained in the Jail are given a copy of *Exhibit N*.

7. I have searched all St. Charles County Department of Corrections records and files of inmate for Jamie Leonard have found no inmate/detainee concern forms of any kind.

Further Affiant sayeth naught.


*/s/ Laurie Smit*
Laurie Smit
St. Charles County Department of Correction, St. Charles County, Missouri


Subscribed and sworn to before me the 30th day of April, 2021.

*/s/ Pamela A. Goldsmith*
Notary

```
PAMELA A. GOLDSMITH
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 02391945
My Commission Expires 02-08-2022
```