## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| **JAMIE LEONARD**, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-00927-MTS |
| | ) |
| **ST. CHARLES COUNTY, STEVEN HARRIS, DONTE FISHER, LISA BAKER,** and **THERESA MARTIN,** | ) ) ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF'S RENEWED MOTION FOR SANCTIONS FOR SPOLIATION OF RELEVANT EVIDENCE

COMES NOW plaintiff, Jamie Leonard (hereinafter "Plaintiff"), by and through his undersigned attorneys, and, pursuant to this Court's March 11, 2021 Order (Doc. 85, Pg. 2), Rule 37(e)(2), and this Court's inherent power, Plaintiff renews his Motion to Sanctions (Doc. 59) against defendant St. Charles County only (hereinafter, "Defendant").[1] Plaintiff does not renew that Motion as to the individual defendants in this cause of action. Plaintiff's accompanying Memorandum in Support of this Motion, which is filed contemporaneously herewith and is incorporated herein by reference, more fully states why Plaintiff's Renewed Motion for Sanctions should be granted.

WHEREFORE, Plaintiff respectfully requests the Court grant this Renewed Motion for Sanctions, presume that the destroyed information was unfavorable to Defendant when ruling on the parties' summary judgment motions pursuant to Rule 37(e)(2)(A) as a result of Defendant's sanctionable conduct, or in the alternative, Plaintiff requests that the jury instruction attached to

---

[1] Plaintiff has only filed a motion for summary judgment as to St. Charles County. This Court invited Plaintiff to file this Motion "at the summary judgment stage", so it is filed only as to the party subject to Plaintiff's summary judgment motion.

Plaintiff's Memorandum in Support as <u>Sanctions Exhibit F</u> be approved by this Court. Finally, Plaintiff requests any further relief that this Court deems just and proper.

Date:   April 30, 2021                                         Respectfully submitted by,

**DONNER APPLEWHITE,**
**ATTORNEYS AT LAW**                                    **BURGER LAW, LLC**

By:   */s/ Thomas R. Applewhite*                  By:   */s/ Gary K. Burger*
      Thomas R. Applewhite, #64437MO                    Gary K. Burger, #32460MO
      Steven A. Donner, #63789MO                        500 N. Broadway, Suite 1860
      906 Olive Street, Suite 1110                      St. Louis, Missouri 63102
      St. Louis, Missouri 63101                         Phone:   (314) 542-2222
      Phone:   (314) 293-3526                           Fax:     (314) 542-2229
      Fax:     (888) 785-4461                           Email:   gary@burgerlaw.com
      Email:   tom.applewhite@da-lawfirm.com
               steve.donner@da-lawfirm.com              *Co-Counsel for Plaintiff*

*Co-Counsel for Plaintiff*

# CERTIFICATE OF SERVICE

I certify on April 30, 2021 that a true and correct copy of the above and foregoing document was filed with the Clerk of Court, which sent a copy to all counsel of record.

*/s/ Thomas R. Applewhite*

2