# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **JAMIE LEONARD**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:19-cv-00927-MTS |
| **ST. CHARLES COUNTY, STEVEN HARRIS, DONTE FISHER, LISA BAKER,** and **THERESA MARTIN,** | ) |
| Defendants. | ) |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON ALL ISSUES EXCEPT DAMAGES AS TO ST. CHARLES COUNTY ONLY

COMES NOW plaintiff, Jamie Leonard (hereinafter "Plaintiff"), and for his Motion for Summary Judgment on All Issues Except Damages, pursuant to Rule 56(a) of the Federal Rules of Civil Procedure, states as follows:

1. Plaintiff has filed a *Monell* claim against defendant St. Charles County (hereinafter, "Defendant")[1] alleging violations of his Fourth, Eighth and Fourteenth Amendment rights to the United States Constitution pursuant to 42 U.S.C. § 1983.

2. The parties engaged in discovery, which is now complete.

3. Plaintiff's case against Defendant has already been largely admitted by Defendant; any material fact that Defendant may claim is controverted is blatantly contradicted by the record.

4. In response to Plaintiff's two retained experts, Defendant produced Defendant's current Director, Daniel Keen, as a non-retained expert. Director Keen basically adopted all of the findings of one of Plaintiff's experts and partially agreed with Plaintiff's other expert.

---

[1] Plaintiff originally filed this case against, *inter alia*, the St. Charles County Department of Corrections, but Defendant filed a motion seeking to have that defendant named as St. Charles County only. Doc. 16.

5. Director Keen did not contradict either of Plaintiff's experts in any meaningful way.

6. There is no genuine issue of material fact. Defendant has failed to adduce facts which would raise a genuine dispute of material fact.

7. Plaintiff incorporates here by this reference his Memorandum of Law in Support of his Motion and his Statement of Uncontroverted Material Facts, with Exhibits attached to his Statement of Uncontroverted Material Facts.

WHEREFORE, Plaintiff prays that this Honorable Court grant his Motion for Summary Judgment on All Issues Except Damages, and for such other and further relief as the Court deems just and proper. Plaintiff further prays that the Court order that his damages against Defendant be determined by a jury.

Date: April 30, 2021                                              Respectfully submitted by,

**DONNER APPLEWHITE,**
**ATTORNEYS AT LAW**                                              **BURGER LAW, LLC**

By:  */s/ Thomas R. Applewhite*                         By:  */s/ Gary K. Burger*
    Thomas R. Applewhite, #64437MO                      Gary K. Burger, #32460MO
    Steven A. Donner, #63789MO                          500 N. Broadway, Suite 1860
    906 Olive Street, Suite 1110                        St. Louis, Missouri 63102
    St. Louis, Missouri 63101                           Phone:   (314) 542-2222
    Phone:   (314) 293-3526                             Fax:     (314) 542-2229
    Fax:     (888) 785-4461                             Email:   gary@burgerlaw.com
    Email:   tom.applewhite@da-lawfirm.com
            steve.donner@da-lawfirm.com              *Co-Counsel for Plaintiff*

*Co-Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify on April 30, 2021 that a true and correct copy of the above and foregoing document was filed with the Clerk of Court, which sent a copy to all counsel of record.

*/s/ Steven A. Donner*