# EXHIBIT I

## to Plaintiff's Motion for Sanctions



**PLAINTIFF'S MOTION FOR SANCTIONS EXHIBIT**

**1**

**County Counselor**
Keith W. Hazelwood

**Associate County Counselors**
Beverly E. Temple
Greg H. Dohrman
Robert E. Hoeynck
Drew A. Heffner
Amanda M. Jennings
Holly E. Ragan
Rory P. O'Sullivan
Ardita Roark

**Assistant County Counselor**
Megan Murray

July 27, 2018

Mr. Steven Donner
Attorney at Law
1108 Olive Street, Suite 200
St. Louis, MO 63101

RE: <u>In Re: Jamie Leonard, Demand Letter/Invitation to Mediate dated May 7, 2018</u>

Dear Mr. Donner:

I am in receipt of your above referenced letter. Please be advised the matter is still under investigation. Therefore, at this time, St. Charles County has elected to reject your demand and decline your invitation to mediate.

Please do not hesitate to contact me should you have any comments or questions.

Very truly yours,

Drew A. Heffner
Associate County Counselor

---

100 N. Third St. – Suite 216 I St. Charles, MO 63301 I P 636.949.7540 I 1.800.822.4012 I F 636.949.7541 I counselor@sccmo.org I www.sccmo.org



**County Counselor**
Keith W. Hazelwood
**Associate County Counselors**
Beverly E. Temple
Greg H. Dohrman
Robert E. Hoeynck
Drew A. Heffner
Amanda M. Jennings
Holly E. Magdziarz
Rory P. O'Sullivan
Ardita Roark

**Assistant County Counselor**
Megan Murray

October 10, 2018

Mr. Steven A. Donner
Attorney at Law
1108 Olive Street, Suite 200
St. Louis, MO 63101

Re:   Request for Open Record Dated October 4, 2018, Received October 5, 2018

Dear Mr. Donner:

Please be advised I am in receipt of your request for open records made pursuant to Missouri Revised Statue Chapter 610, refenced above.  Please allow a reasonable time, not more than thirty (30) days, to research your request.  If and when responsive documents are located, you will be forwarded a cost bill prior to copying those documents

Should you wish to further discuss this matter, please to not hesitate to contact me.

Sincerely,

Drew A. Heffner
Associate County Counselor

cc:   Daniel Keen, Director, St. Charles Department of Corrections
      Keith Hazelwood, St. Charles County Counselor