**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JAMIE LEONARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:19-cv-00927-MTS |
| ) | |
| ST. CHARLES COUNTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Defendants St. Charles County, Steven Harris, Donte Fisher, Lisa Baker, and Theresa Martin shall have summary judgment against Plaintiff Jamie Leonard. Judgment is entered in this action in favor of Defendants St. Charles County, Steven Harris, Donte Fisher, Lisa Baker, and Theresa Martin and against Plaintiff Jamie Leonard.

Dated this 5th day of November, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT